|   |   |
|---|---|
| UNITED STATES DISTRICT COURT | |
| NORTHERN DISTRICT OF CALIFORNIA | |

JONATHAN GUIDEL,

        Plaintiff,

    v.

CITY OF SAN LEANDRO, et al.,

        Defendants.

Case No. 4:21-cv-01379-KAW

ORDER REGARDING UNUSABLE CHAMBERS COPIES

Re: Dkt. No. 34

PLEASE TAKE NOTICE that the chambers copy of Defendants' Declaration of Joanne Tran was submitted in a format that is not usable by the court.

The chambers copy is not usable because it

[x]    consists of a stack of loose paper wrapped with a rubber band;

[ ]    consists of a stack of loose paper fastened with a binder clip or a paper clip;

[ ]    is too thick to permit secure fastening with a staple, and is fastened with a brad-type fastener that is too short for the thickness of the document;

[ ]    has no tabs for the voluminous exhibits;

[ ]    includes exhibits that are illegible;

[ ]    includes exhibits that are unreadable because the print is too small;

[ ]    includes text and/or footnotes in a font smaller than 12 point;

[ ]    includes portions or exhibits that are redacted because the submitting party has requested leave to file those portions under seal; or

[x]    is not usable for another reason – The exhibits are not attached to the declaration, but are instead individually stapled. If you cannot fasten with brads, put them in a binder.

The paper used for the above-described chambers copy has been recycled by the court. Defendant shall submit a chambers copy in a format that is usable by the court no later than August 8, 2022.

IT IS SO ORDERED.

Dated: August 4, 2022

_____
KANDIS A. WESTMORE
United States Magistrate Judge